CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 20 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MELVIN C. MADDOX, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:10CV00344 |
| | ) |
| v. | ) |
| | ) FINAL ORDER |
| | ) |
| GENE M. JOHNSON, DIRECTOR, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. This civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies;

2. Plaintiff's request for interlocutory injunctive relief is **DISMISSED** as moot; and

3. This action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and to the Office of the Attorney General.

ENTER: This 20th day of August, 2010.

_____
Chief United States District Judge